Peter Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
**THE STROJNIK FIRM LLC**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409
Facsimile:  (602) 865-7788

Attorneys for Plaintiff THERESA BROOKE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>SAC HOSPITALITY, LLC,<br><br>Defendant. | Case No: 2:18-cv-02147<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

    The parties stipulate and agree to dismiss the above action with prejudice, with each party to bear her/its own costs and attorneys' fees.

    RESPECTFULLY SUBMITTED this 11th day of November, 2018.

                                     /s/ Peter Kristofer Strojnik
                                     Peter Kristofer Strojnik
                                     Attorneys for Plaintiff


                                   /s/ Shane Singh
                                   Shane Singh
                                   Attorneys for Defendant